UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Criminal No. 04-201 (1) (RHK) |
| Plaintiff, | **ORDER** |
| v. | |
| Tommy J. Weaks, III, | |
| Defendant. | |

_____

Defendant's Motion for Early Termination of Probation Pursuant to Title 18, U.S.C. § 3564(c) (Doc. No. 14) is **DENIED**.

Dated : January 11, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
